UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOSEPH ORTIZ, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

               Plaintiffs,

               v.

LAFAYETTE COLLEGE,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-819

**NOTICE OF VOLUNTARY
DISMISSAL**

       Plaintiff(s), JOSEPH ORTIZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules

of Civil Procedure, hereby dismisses the above entitled action against Defendant,  LAFAYETTE

COLLEGE, with prejudice and without fees and costs.

Dated: New York, New York
      May 4, 2023

                             **GOTTLIEB & ASSOCIATES**

                             */s/Michael A. LaBollita, Esq.*

               Michael A. LaBollita, Esq., (ML-9985)
                    150 East 18th Street, Suite PHR
                       New York, NY 10003
                       Phone: (212) 228-9795
                        Fax: (212) 982-6284
                    Michael@Gottlieb.legal

                     *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge